| | |
|---|---|
| | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | CASE NO.: **CR-06-0316MHP** |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO LEAVE HALFWAY HOUSE FOR THANKSGIVING** |
| vs. | ) ) | |
| **DENNIS DAMASEN**, | ) ) | |
| Defendant. | ) ) | |

**GOOD CAUSE APPEARING** by stipulation and with the consent of Pretrial Services Officer VICTORIA GIBSON, **IT IS HEREBY ORDERED** that Defendant **DENNIS DAMASEN** is permitted to leave the halfway home at which he is presently residing to spend Thanksgiving with his mother in Daly City, California, between 4:00 p.m. to 10:00 p.m.. His exact itinerary will be provided to Pretrial Services and he will be in constant communication with Pretrial Service via his cell phone.

Dated: November 22, 2006

_____
Judge of the United States District Court

GRANTED
Judge Maria-Elena James

ORDER