SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, Ca. 94102
    Telephone: (415) 436-7223
    Barbara.Silano@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0316 MHP |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS DATE AND EXCLUDE TIME |
| STANLEY JAMES PRYOR, et al., ) | |
|     Defendants. ) | |
| _____ ) | |

        The United States of America, by undersigned counsel, and defendants through their counsel hereby stipulate to the moving of the status date in this case from May 14, 2007 to June 11, 2007 at 11:00 a.m..

        The continuance is requested because multiple defendants are engaged in plea discussions which, with additional time, may result in a resolutions of the charges they face. As part of those discussions, defendants are reviewing certain discovery which has already been provided and the government is preparing additional discovery for review.

        At the last appearance of the case, the Court found that the time from April 23, 2007 to May 14, 2007 to be excluded under 18 U.S.C. § §3161(h)(8)(A) and B(i)(ii).

STIPULATION TO CONTINUE
CR 06-0316 MHP

1  The case involves approximately six overlapping months of electronic surveillance on
2  seven separate lines covering four different subject's cellular telephones. A portion of the
3  conversations are in Spanish and a portion are in Tongan.  The indictment contains
4  allegations against nineteen defendants covering criminal activity over approximately one
5  year in time.  Thousands of pages of discovery have been made available and compact
6  discs containing hundreds of hours of conversations have been provided.  The parties
7  stipulate that the case is so unusual and complex, due to the number of defendants and the
8  nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial
9  proceedings or for the trial itself within the time limits established under Title 18 U.S.C. §
10 3161(h)(8)(A) and (B)(ii)and (iv).

11       The parties also stipulate that the ends of justice are best served through the
12 continuance until June 11, 2007 to allow the defendants adequate time to review the
13 discovery already provided and prepare any necessary motions for additional discovery.
14 The parties stipulate further that need for effective preparation and other reasons cited
15 herein outweigh the best interest of the defendants and the public in a speedy trial.

16       Accordingly, the parties stipulate and agree that the time period between April 23,
17 2007 and June 11, 2007 is excluded from calculations pursuant to 18 U.S.C.
18 §3161(h)(8)(A) and B(i),(ii), and iv.

19       Ms. Randy Sue Pollock as a spokesperson for the defense team has contacted each
20 \\\
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

STIPULATION TO CONTINUE
CR 06-0316 MHP                                2

of the defendants remaining in the case through counsel and none of the counsel have any objection to the continuance or the finding of excludable time until June 11, 2007.

DATED: May 9, 2007

Respectfully Submitted,
SCOTT N. SCHOOLS

Date: ___05/09/07___  ___/s/___
BARBARA BRENNAN SILANO
Assistant U.S. Attorney

Date: _____  _____
RANDY SUE POLLOCK
   For Steve Teich
   For V. Roy Lefcourt
   For Jeffery Bornstein
   For Shana Keating
   For Phil Schnayerson
   For Bill Osterhoudt
   For Chris Cannon
   For Phil Vaughns
   For Harry Singer

1  the defendants remaining in the case through counsel and none of the counsel have any
2  objection to the continuance or the finding of excludable time until June 11, 2007.
3  DATED: May 9, 2007
4
5
6                                          Respectfully Submitted,
                                           SCOTT N. SCHOOLS
7
8
9
   Date: 5/9/07
10                                         _____
                                           BARBARA BRENNAN SILANO
11                                         Assistant U.S. Attorney
12
13 Date: 5/10/07                           _____
                                           RANDY SUE POLLOCK
14                                             For Steve Teich
                                               For V. Roy Lefcourt
15                                             For Jeffery Bornstein
                                               For Shana Keating
16                                             For Phil Schnayerson
                                               For Bill Osterhoudt
17                                             For Chris Cannon
                                               For Phil Vaughns
18                                             For Harry Singer
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE
CR 06-0316 MHP                              3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR- 06-0316 MHP |
| Plaintiff, ) | |
| ) v. ) | [PROPOSED] ORDER TO CONTINUE STATUS DATE |
| STANLEY JAMES PRYOR et al., ) | SAN FRANCISCO VENUE |
| Defendant. ) | |
| _____ ) | |

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED THAT, the status presently set for May 14, 2007, is hereby continued to June 11, 2007 at 11:00 a.m..

At the last appearance of the case, the Court found that the time from April 23, 2007 to May 14, 2007 to be excluded under 18 U.S.C. § §3161(h)(8)(A) and B(i)(ii). The case involves approximately six overlapping months of electronic surveillance on seven separate lines covering four different subject's cellular telephones. A portion of the conversations are in Spanish and a portion are in Tongan. The indictment contains allegations against nineteen defendants covering criminal activity over approximately one year in time. Thousands of pages of discovery have been made available and compact discs containing hundreds of hours of conversations have been provided. The court finds

ORDER 4

that the case is so unusual and complex, due to the number of defendants and the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established under Title 18 U.S.C. § 3161(h)(8)(A) and (B)(ii)and (iv).

The court also finds that the ends of justice are best served through the continuance until June 11, 2007 to allow the defendants adequate time to review the discovery already provided and prepare any necessary motions for additional discovery. The court finds further that the need for effective preparation and other reasons cited in the application outweigh the best interest of the defendants and the public in a speedy trial.

Accordingly, the Court finds that the time period between April 23, 2007 and May 14, 2007 and the time period between May 14, 2007 and June 11, 2007 is excluded from calculations pursuant to 18 U.S.C. §3161(h)(8)(A) and B(i),(ii), and iv.

DATED: May 9, 2007

Date: May 11, 2007



HON. _____
UNITED STATES DISTRICT COURT JUDGE

ORDER     5