SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
STEPHEN H. JIGGER (CSBN 219430)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, Ca. 94102
   Telephone: (415) 436-7223
   Facsimile: (415) 436-6982
   E-Mail: steve.jigger @usdoj.gov
         Barbara.silano@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 06-0316 MHP |
|     Plaintiff, | |
| v. | [~~PROPOSED~~] SPEEDY TRIAL ORDER |
| STANLEY JAMES PRYOR, JR., et al., | |
|     Defendants, | |

    GOOD CAUSE APPEARING the Court finds this case complex under 18 U.S.C. §3161(h)(8)(A) and B(i)(ii). The case involves approximately six overlapping months of electronic surveillance on seven separate lines covering four different subject's cellular telephones. A portion of the conversations are in Spanish and a portion are in Tongan. The indictment contains allegations against nineteen defendants covering criminal activity over approximately one year in time. Thousands of pages of discovery have been made available and compact discs containing hundreds of hours of conversations have been provided. While the cases of a number of the defendant's have been resolved, additional time is needed by the remaining defendants for effective defense preparation in order to review evidence and make

SPEEDY TRIAL ORDER
CR 06-0316 MHP                 1

case disposition decisions.  The Court finds that the case is so unusual and complex, due to the number of defendants and the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established under Title 18 U.S.C. § 3161(h)(8)(A) and (B)(ii)and (iv).

The court finds specifically that the ends of justice are best served through the continuance until January 14, 2008 to allow the defendants adequate time to review the discovery already provided and prepare any necessary motions for additional discovery or suppression.  The Court finds that need for effective preparation and other reasons cited herein outweigh the best interest of the defendants and the public in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time period between July 17, 2006 and January 14, 2008 is excluded from calculations pursuant to 18 U.S.C. §3161(h)(8)(A) and B(i),(ii), and iv.

DATED: December 28, 2007



_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE